### Harry H. Zack v. The State.

No. 8175.   Decided March 12, 1924.

Rehearing denied April, 1924.

**Selling Intoxication Liquor—Practice on Appeal.**

In the absence of bills of exception, the testimony in the statement of facts being amply sufficient to support the conclusion of guilt arrived at by the jury, the judgment is sustained.

Appeal from the Criminal District Court of Dallas.   Tried below before the Honorable C. A. Pippen.

Appeal from a conviction of selling intoxicating liquor; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*Harry H. Zack,* for appellant.

*Tom Garrard,* Attorney for the State, and *Grover C. Morris,* Assistant Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in Criminal District Court No. 2 of Dallas County of selling intoxicating liquor, and his punishment fixed at two years in the penitentiary.

The record is before us without any bills of exception.   We have examined the facts as given in testimony and they are amply sufficient to support the conclusion of guilt arrived at by the jury.

No error appearing, an affirmance will be ordered.

*Affirmed.*